| | |
|---|---|
| 1 | Archie S. Robinson, Esq. [SBN 34789]<br>Joshua J. Borger, Esq. [SBN 231951] |
| 2 | **ROBINSON & WOOD, INC.**<br>227 North First Street |
| 3 | San Jose, CA  95113<br>Telephone:    408/298-7120 |
| 4 | Facsimile:    408/298-0477 |
| 5 | Attorneys for Defendants |
| 6 | OSI RECOVERY SOLUTIONS, INC.<br>and GULF STATE CREDIT, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 7/6/06*

| | |
|---|---|
| JACK TITSWORTH,<br><br>                    Plaintiff,<br><br>    vs.<br><br>OSI RECOVERY SOLUTIONS, INC.,<br>and GULF STATE CREDIT, L.L.C.,<br><br>                    Defendants.<br>_____/ | CASE NO. C 06-02749 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE AN ANSWER**<br><br>Judge: Honorable Ronald M. Whyte<br>Action Filed: April 21, 2006<br>Trial Date: Not set |

The parties hereby stipulate to an extension of time for Defendants OSI RECOVERY SOLUTIONS, INC., and GULF STATE CREDIT, L.L.C. to file a responsive pleading to Plaintiff's complaint.  Pursuant to stipulation, Defendants must file such pleading on or before June 27, 2006.  The reasons for the request, previous time modifications, and the effects of the requested time modifications on the case are set forth in the Declaration of Joshua J. Borger.  Local Rule 6-2(a).  Finding good cause exists, the Court grants the requested time change.

This stipulation will affect deadlines set by the Court in the Order Setting Initial Case Management Conference and ADR Deadlines.  Therefore, the Initial Case

Robinson & Wood, Inc.
227 North First Street
San Jose, CA  95113
(408) 298-7120

STIPULATION OF EXTENSION OF TIME FOR
DEFENDANTS TO FILE AN ANSWER

1

CASE NO. C 06-02749 RMW

1  Management Conference (CMC) shall now be held in Courtroom 6, 4th Floor, SJ at
2  10:30 a.m.         (time) on    July 21, 2006                    (date).

4  6/13/06                                    /s/
   DATE                                       JOSHUA J. BORGER
5                                             Attorney for Defendants

7
   6/13/06                                    /s/
8
9  DATE                                       MARCO P. QUINTANA
                                              Attorney for Plaintiff
10

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED**
12

13 7/6/06                                     /s/ Ronald M. Whyte
14
   DATE                                       HONORABLE RONALD M. WHYTE
15
   #321628
16

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

2

STIPULATION OF EXTENSION OF TIME FOR          CASE NO. C 06-02749 RMW
DEFENDANTS TO FILE AN ANSWER